UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-7864-JFW(MRWx)**                                      Date:  July 16, 2020

Title:    Stacey Kim -v- Hawaiian Airlines, Inc., et al.

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**               **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                                        None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

      In light of the Declaration and Stipulation of Plaintiff's Counsel to Limit Plaintiff's Damages to $75,000 and Remand Action to the Los Angeles County Superior Court filed on July 14, 2020 ("Stipulation") [Docket No. 29] and in the absence of any opposition to that Stipulation, the Court **REMANDS** this action to Los Angeles County Superior Court.

      IT IS SO ORDERED.